**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sentry Insurance, | No. CV 06-1894-PHX-SMM |
| Plaintiff, | **ORDER** |
| vs. | |
| Heidelberg USA, Inc., et al., | |
| Defendants. | |

Pending before the Court is Plaintiff Sentry Insurance's Motion to Enlarge Time For Service of Process Re: Defendant Heidelberger Druckmaschinen AG, in which Plaintiff seeks to extend the service of process deadline to May 28, 2007. (Dkt. 10.) Based upon the Motion of the Plaintiff and good cause appearing,

**IT IS HEREBY ORDERED GRANTING** Plaintiff Sentry Insurance's Motion to Enlarge Time For Service of Process Re: Defendant Heidelberger Druckmaschinen AG. (Dkt. 10.)

**IT IS FURTHER ORDERED** that Plaintiff Sentry Insurance shall have an additional six months to serve defendant Heidelberger Druckmaschinen AG, extending the time for completion of service of process to May 28, 2007.

DATED this 2nd day of October, 2006.

Stephen M. McNamee
United States District Judge