**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sentry Insurance,               ) | No. CV 06-1894-PHX-SMM |
|                                 ) | |
|          Plaintiff,             ) | **ORDER** |
|                                 ) | |
| vs.                             ) | |
|                                 ) | |
| Heidelberg USA, Inc., et al.,   ) | |
|                                 ) | |
|          Defendants.            ) | |
|                                 ) | |

Based upon the request of Plaintiff Sentry Insurance to appoint APS International, Ltd. as "special process server" so that Plaintiff can retain APS to attempt service of process on Defendant Heidelberger Druckmaschinen AG in accordance with the requirements of international law (dkt. 10), and good cause appearing,

**IT IS HEREBY ORDERED GRANTING** Plaintiff Sentry Insurance's Motion to appoint APS International, Ltd. as special process server.  (Dkt. 10.)

**IT IS FURTHER ORDERED** appointing APS International, Ltd. as authorized agent to effect service of process upon defendant Heidelberger Druckmaschinen AG, a foreign corporation in Germany, in accordance with The Hague Convention and international law.

DATED this 2nd day of October, 2006.

Stephen M. McNamee
United States District Judge