**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Sentry Insurance,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Heidelberg USA, Inc., et al.,<br><br>　　　　Defendants.<br>_____<br><br>AND RELATED CASES.<br>_____ | CV 06-1894-PHX-SMM<br>CV 06-2087-PHX-SMM<br><br><br><br><br>**ORDER** |

Pending before the Court is Plaintiffs Sentry Insurance's and Brian and Ruth Conlon's (i) Joint Motion for Amended Order to Appoint APS International, Ltd. as "special process server" so that Plaintiffs can retain APS to attempt service of process on Defendant Heidelberger Druckmaschinen AG in accordance with the requirements of international law; and (ii) Motion to Expedite Ruling on that Motion. (Dkts. 24-25.) Based upon the Motions of the Plaintiffs and good cause appearing,

**IT IS HEREBY ORDERED GRANTING** Plaintiffs Sentry Insurance's and Brian and Ruth Conlon's Joint Motion to appoint APS International, Ltd. as special process server. (Dkt. 24.)

**IT IS FURTHER ORDERED GRANTING** Plaintiffs' Motion to Expedite Ruling. (Dkt. 25.)

**IT IS FURTHER ORDERED** appointing APS International, Ltd. as authorized agent to effect service of process upon defendant Heidelberger Druckmaschinen AG, a foreign corporation in Germany, in accordance with The Hague Convention and international law, on behalf of Plaintiffs Sentry Insurance and Brian Conlon and Ruth Conlon.

DATED this 15th day of December, 2006.

_____
Stephen M. McNamee
United States District Judge