1  **WO**

2

3

4

5

6                    **IN THE UNITED STATES DISTRICT COURT**

7                      **FOR THE DISTRICT OF ARIZONA**

8

9  Sentry Insurance,                        )     CV 06-1894-PHX-SMM
                                            )     CV 06-2087-PHX-SMM
10            Plaintiff,                     )
                                            )
11      v.                                  )
                                            )
12                                          )
   Heidelberg USA, Inc., et al.,            )            **ORDER**
13                                          )
            Defendants.                     )
14                                          )
                                            )
15  _____         )
                                            )
16  AND RELATED CASES.                      )
                                            )
17                                          )
   _____         )
18

19        Pending before the Court is Plaintiffs Sentry Insurance's and Brian and Ruth

20  Conlon's (i) Joint Motion for Amended Order to Enlarge Time For Service of Process Re:

21  Defendant Heidelberger Druckmaschinen AG, in which Plaintiffs seek to extend the

22  service of process deadline to May 28, 2007; and (ii) Motion to Expedite Ruling on that

23  Motion.  (Dkts. 24-25.)  Based upon the Motions of the Plaintiffs and good cause

24  appearing,

25        **IT IS HEREBY ORDERED GRANTING** Plaintiffs Sentry Insurance's and Brian

26  and Ruth Conlon's Joint Motion for Amended Order to Enlarge Time For Service of

27  Process Re: Defendant Heidelberger Druckmaschinen AG.  (Dkt. 24.)

28

1     **IT IS FURTHER ORDERED GRANTING** Plaintiffs' Motion to Expedite

2  Ruling.  (Dkt. 25.)

3     **IT IS FURTHER ORDERED** that Plaintiff Sentry Insurance and Plaintiffs Brian

4  Conlon and Ruth Conlon shall have an additional six months to serve defendant

5  Heidelberger Druckmaschinen AG, extending the time for completion of service of

6  process to May 28, 2007.

7     DATED this 15th day of December, 2006.

8

9

10                                                    Stephen M. McNamee
                                                      United States District Judge
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28