1  **WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sentry Insurance, | CV 06-1894-PHX-SMM |
| Plaintiff, | CV 06-2087-PHX-SMM |
| v. | |
| Heidelberg USA, Inc., et al., | **ORDER** |
| Defendants. | |
| AND RELATED CASES. | |

Pending before the Court is (i) Plaintiff Sentry Insurance's Motion to Permit Filing of Corrected Second Amended Complaint and (ii) Plaintiff Sentry Insurance's Motion for Expedited Ruling on such Motion. (Dkts. 22-23.) For good cause shown,

**IT IS HEREBY ORDERED GRANTING** Plaintiff Sentry Insurance's Motion to Permit Filing of Corrected Second Amended Complaint. (Dkt. 22.)

**IT IS FURTHER ORDERED GRANTING** Plaintiff's Motion for an Expedited Ruling on Motion to Permit Filing of Corrected Second Amended Complaint. (Dkt. 23.)

/ / /

/ / /

/ / /

1 **IT IS FURTHER ORDERED** that the Clerk of Court shall file the Proposed Corrected Second Amended Complaint, lodged by Plaintiff Sentry Insurance on December 13, 2006 (see dkt. 19), as the Second Amended Complaint effective *nunc pro tunc* as of October 2, 2006.

DATED this 15th day of December, 2006.

_____
Stephen M. McNamee
United States District Judge