**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sentry Insurance,<br><br>          Plaintiff,<br><br>     v.<br><br>Heidelberg USA, Inc., et al.,<br><br>          Defendants.<br><br>AND RELATED CASES. | CV 06-1894-PHX-SMM<br>CV 06-2087-PHX-SMM<br><br><br><br><br>**ORDER** |

Pending before the Court is Plaintiffs Ruth and Brian Conlon's (i) Motion for Leave to Permit Filing of Second Amended Complaint and (ii) Motions for Expedited Ruling on such Motion. (Dkts. 34-36.) For good cause shown,

**IT IS HEREBY ORDERED GRANTING** Plaintiffs Ruth and Brian Conlon's Motion for Leave to Permit Filing of Second Amended Complaint. (Dkt. 34.)

**IT IS FURTHER ORDERED GRANTING** Plaintiffs Ruth and Brian Conlon's Motions for Expedited Ruling on Motion for Leave to Permit Filing of Second Amended Complaint. (Dkt. 35-36.)

///

///

**IT IS FURTHER ORDERED** that the Clerk of Court shall file the Proposed Second Amended Complaint, lodged by Plaintiffs Ruth and Brian Conlon on January 5, 2007 (see dkt. 38), as the Second Amended Complaint.

DATED this 8th day of January, 2007.

_____
Stephen M. McNamee
United States District Judge