**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sentry Insurance,        Plaintiff,   v.   Heidelberg USA, Inc., et al.,        Defendants.   AND RELATED CASES. | CV 06-1894-PHX-SMM CV 06-2087-PHX-SMM   **ORDER** |

Pending before the Court is the stipulation Motion To Extend Deadline for Defendant Heidelberg Druckmaschinen ("HD") to File Answers to Plaintiffs' Second Amended Complaints. (Dkt. 43.) For good cause shown,

**IT IS HEREBY ORDERED GRANTING** the parties' Stipulated Motion To Extend Deadline for Defendant HD to File Answers to Plaintiffs' Second Amended Complaints. (Dkt. 43.)

**IT IS FURTHER ORDERED** that Defendant HD shall file an answer to Plaintiffs Brian and Ruth Conlon's Second Amended Complaint no later than March 1, 2007.

/ / /

/ / /

1  **IT IS FURTHER ORDERED** that Defendant HD shall file an answer to Plaintiff
2  Sentry Insurance's Second Amended Complaint no later than March 1, 2007.
3  DATED this 15th day of February, 2007.

Stephen M. McNamee
United States District Judge

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28