**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sentry Insurance, | ) CV 06-1894-PHX-SMM |
|     Plaintiff, | ) CV 06-2087-PHX-SMM |
| v. | ) |
| Heidelberg USA, Inc., et al., | ) **ORDER** |
|     Defendants. | ) |
| AND RELATED CASES. | ) |

Pending before the Court is Defendants Heidelberg USA, Inc., Heidelberg Americas, Inc., and Heidelberger Druckmaschinen AG's "Notice of Substitution of Counsel" (Doc. 53 in 06-1894; Doc. 12 in 06-2087), wherein they *notify* the Court that they have changed counsel and are substituting Mark R. Gilling of the law firm of Sanders & Parks, P.C. as counsel of record in the place of Rodrick J. Coffey of the law firm of Stinson Morrison Hecker LLP.

According to the Local Rules of the United States District Court for the District of Arizona,

>   (b) **Withdrawal and Substitution**. No attorney shall be permitted to withdraw or be substituted as attorney of record

in any pending action except by formal written order of the Court, supported by written application setting forth the reasons therefor together with the name, last known residence
and last known telephone number of the client, as follows:
(1) Where such application bears the written approval of the client, it shall be accompanied by a proposed written order and may be presented to the Court *ex parte*. The withdrawing attorney shall give prompt notice of the entry of such order, together with the name, last known residence and last known telephone number of the client, to all other parties or their attorneys.
(2) Where such application does not bear the written approval of the client, it shall be made by motion and shall be served upon the client and all other parties or their attorneys. The motion shall be accompanied by a certificate of the attorney making the motion that (A) the client has been notified in writing of the status of the case including the dates and times of any court hearings or trial settings, pending compliance with any existing court orders and the possibility of sanctions, or (B) the client cannot be located or for whatever other reason cannot be notified of the pendency of the motion and the status of the case.

LRCiv 83.3(b)

Accordingly,

**IT IS HEREBY ORDERED** that Defendants Heidelberg USA, Inc., Heidelberg Americas, Inc., and Heidelberger Druckmaschinen AG file the appropriate documents with the Court pursuant to LRCiv 83.3(b) to request an Order ensuring that Mr. Coffey is properly withdrawn and Mr. Gilling is properly substituted as new counsel.

DATED this 21st day of May, 2007.

_____
Stephen M. McNamee
United States District Judge