1   **WO**

2

3

4

5

6

7                    **IN THE UNITED STATES DISTRICT COURT**

8                        **FOR THE DISTRICT OF ARIZONA**

9

Sentry Insurance,                          )    CV 06-1894-PHX-SMM
10                                             )    CV 06-2087-PHX-SMM
             Plaintiff,                        )
11                                             )    **ORDER**
        v.                                     )
12                                             )
                                               )
13   Heidelberg USA, Inc., et al.,             )
                                               )
14           Defendants.                       )
    _____        )
15                                             )
                                               )
16      AND RELATED CASES.                     )
                                               )
17   _____        )

18

19          Pending before the Court is Defendants Heidelberg USA, Inc., Heidelberg Americas,

20   Inc., and Heidelberger Druckmaschinen AG's Application for Substitution of Counsel (Doc.

21   55) and consent thereto signed by Defendants Heidelberg USA, Inc., Heidelberg Americas,

22   Inc., and Heidelberger Druckmaschinen AG.  Pursuant to the application and good cause

23   appearing therefor;

24          **IT IS HEREBY ORDERED** approving and confirming the withdrawal of by Rodrick

25   J. Coffey of the firm STINSON MORRISON HECKER LLP, as counsel of record for

26   Heidelberg USA, Inc., Heidelberg Americas, Inc., and Heidelberger Druckmaschinen AG.

27          **IT IS FURTHER ORDERED** that the law firm of SANDERS & PARKS, P.C., by

28   and through Mark R. Gilling, be substituted as counsel of record for Defendants, Heidelberg

1   USA, Inc., Heidelberg Americas, Inc., and Heidelberger Druckmaschinen AG.

2      DATED this 29th day of June, 2007.

3

4                   Stephen M. McNamee
                  United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28