**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sentry Insurance, | CV 06-1894-PHX-SMM |
| Plaintiff, | CV 06-2087-PHX-SMM |
| v. | **ORDER** |
| Heidelberg USA, Inc., et al., | |
| Defendants. | |
| AND RELATED CASES. | |

Pursuant to the Request for Telephonic Appearance (Doc. 57) by Defendants' Representative at the August 9, 2007 Preliminary Pretrial Conference, and good cause appearing

**IT IS HEREBY ORDERED GRANTING** the request.[1] Defendants' representative, Ms. Nofi, may appear telephonically at the August 9, 2007 Preliminary Pretrial Conference.

**IT IS FURTHER ORDERED** that Ms. Nofi shall call the Court on a clear telephone line at 3:55 p.m. Mountain Standard Time at 602-322-7555.

DATED this 23rd day of July, 2007.

Stephen M. McNamee
United States District Judge

---

[1] Counsel is advised that pursuant to LRCiv 7.1(b)(2), when a party is seeking specific relief other than dismissal or summary judgment pursuant to Federal Rules of Civil Procedure 12(b) or 56, counsel *must* lodge with the Clerk a separate proposed order. (Emphasis added)