**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sentry Insurance, | CV 06-1894-PHX-SMM |
| Plaintiff, | CV 06-2087-PHX-SMM |
| v. | **ORDER** |
| Heidelberg USA, Inc., et al., | |
| Defendants. | |
| AND RELATED CASES. | |

Pursuant to the Request for Telephonic Appearance (Doc. 60) by Plaintiff's Representative at the August 9, 2007 Preliminary Pretrial Conference, and good cause appearing

**IT IS HEREBY ORDERED GRANTING** the request. Defendants' representative, Ms. Hoover, may appear telephonically at the August 9, 2007 Preliminary Pretrial Conference.

**IT IS FURTHER ORDERED** that Ms. Hoover shall call the Court on a clear telephone line at 3:55 p.m. Mountain Standard Time at 602-322-7555.[1]

DATED this 23rd day of July, 2007.

Stephen M. McNamee
United States District Judge

---

[1] Ms. Hoover and Ms. Nofi shall call the Court on one clear telephone line. Thus, counsel is advised to communicate with opposing counsel prior to the hearing to organize the initial call to ensure that Ms. Nofi and Ms. Hoover are on one clear line prior to calling into Court.