**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sentry Insurance, | ) CV 06-1894-PHX-SMM |
|     Plaintiff, | ) CV 06-2087-PHX-SMM )  |
| v. | ) **ORDER** ) |
| Heidelberg USA, Inc., et al., | ) ) |
|     Defendants. | ) ) |
| AND RELATED CASES. | ) ) ) |

Pending before this Court is the parties' Joint Motion to Extend Litigation Deadlines (Doc. 76). The parties request that the Court extend certain pretrial deadlines in this case, so that Plaintiff Conlon can undergo an independent medical examination ("IME") with Dr. Stephen Brown and discovery can be completed in this matter.[1] For good cause shown,

**IT IS HEREBY ORDERED GRANTING** the parties' Joint Motion to Extend Litigation Deadlines (Doc. 76) and setting the following deadlines:

///

---

[1] The Defendants have scheduled Plaintiff Conlon's IME with Dr. Stephen Brown for June 24, 2008. Defendants did not delay scheduling the IME and contacted Dr. Brown in mid-April, however, Dr. Brown's schedule is such that the first available date to perform the IME is June 24, 2008.

1. Defendants shall disclose expert witnesses, as required by Fed. R. Civ. P. 26(a)(2)(B), on the issue of damages, no later than **July 9, 2008.**

2. Rebuttal expert witness shall be disclosed as required by Fed. R. Civ. P. 26(a)(2)(B), on the issue of damages, no later than **August 20, 2008.**

3. The expert disclosure deadlines as to liability issues shall remain the same as set forth in the Court's Scheduling Order dated **August 13, 2008.**

4. All discovery shall be completed no later than **October 12, 2008.**

5. All dispositive motions shall be completed no later than **December 7, 2008.**

DATED this 6th day of May, 2008.

_____
Stephen M. McNamee
United States District Judge