**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sentry Insurance,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Heidelberg USA, Inc., et al.,<br><br>　　　　　Defendants.<br><br>AND RELATED CASES. | CV 06-1894-PHX-SMM<br>CV 06-2087-PHX-SMM<br><br>**ORDER** |

　　　　Pending before this Court is the parties' Second Joint Motion to Extend Litigation Deadline (Doc. 81)[1]. For good cause shown,

　　　　**IT IS HEREBY ORDERED GRANTING** the parties' Second Joint Motion to Extend Litigation Deadline to disclose expert witnesses. Defendants' deadline to disclose expert witnesses, as required by Fed. R. Civ. P. 26(a)(2)(B), on the issue of damages, shall now be filed no later than May 20, 2008.

　　　　DATED this 16th day of May, 2008.

　　　　　　　　　　　　　　　　　　Stephen M. McNamee
　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] Doc. 82 is a replica of Doc. 81, therefore, Doc. 82 is **DENIED as MOOT**.