**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sentry Insurance,<br><br>　　　　Plaintiff,<br>　　v.<br><br>Heidelberg USA, Inc., et al.,<br><br>　　　　Defendants.<br><br>AND RELATED CASES. | CV 06-1894-PHX-SMM<br>CV 06-2087-PHX-SMM<br><br>**ORDER** |

Pending before this Court is the parties' Joint Motion to Extend Litigation Deadlines (Doc. 87). The parties request that the Court extend the deadlines in this case so the parties can participate in a private mediation scheduled for August 4, 2008. For good cause shown,

**IT IS HEREBY ORDERED GRANTING** the parties' Joint Motion to Extend Litigation Deadlines (Doc. 87) and setting the following deadlines:

**IT IS FURTHER ORDERED** granting the parties' Third Joint Motion to Extend Litigation Deadline extending all pending deadlines by forty-five days and setting the following deadlines:

1. Defendants shall disclose expert witnesses, as required by Fed. R. Civ. P. 26(a)(2)(B), on the issue of damages, no later than **Friday, August 22, 2008.**[1]

---

[1] Defendants disclosed expert witnesses, as required by Fed. R. Civ. P. 26(a)(2)(B), on the issue of liability, on May 20, 2008.

2. Rebuttal expert witnesses shall be disclosed as required by Fed. R. Civ. P. 26(a)(2)(B), on the issue of damages, no later than **Friday, October 10, 2008.**

3. Rebuttal expert witnesses shall be disclosed as required by Fed. R. Civ. P. 26(a)(2)(B), on the issue of liability, no later than **Friday, August 25, 2008.**

4. All discovery shall be completed no later than **Friday, November 21**, **2008.**

5. All dispositive motions shall be completed no later than **Friday, January 23, 2009.**

DATED this 1st day of July, 2008.

Stephen M. McNamee
United States District Judge