**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sentry Insurance, | CV 06-1894-PHX-SMM |
| Plaintiff, | CV 06-2087-PHX-SMM |
| v. | |
| Heidelberg USA, Inc., et al., | |
| Defendants. | **ORDER** |
| AND RELATED CASES. | |

Pending before the Court is the parties' Stipulation for Dismissal with Prejudice [Doc. 94]. After consideration of the parties' Stipulation,

**IT IS HEREBY ORDERED GRANTING** the parties' Stipulation for Dismissal with Prejudice [Doc. 94]. This matter is dismissed with prejudice, each party to bear its own costs and attorneys' fees incurred in connection with this case.

**IT IS FURTHER ORDERED** that any pending motions and hearings in this matter are hereby **VACATED**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall close this case.

DATED this 10th day of September, 2008.

_____
Stephen M. McNamee
United States District Judge